UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BUNNY LUN,<br><br>    Plaintiff,<br><br>    v.<br><br>CHAD WOLF, et al.,<br><br>    Defendants. | CASE NO. 2:20-CV-40-RAJ-DWC<br><br>ORDER TO SHOW CAUSE |

Plaintiff Bunny Lun initiated this lawsuit on January 9, 2020 by paying the filing fee and filing her Complaint. Dkt. 1. The time for serving the summonses and Complaint expired on April 8, 2020, 90 days after the Complaint was filed. *See* Fed. R. Civ. P. 4(m). At this time, no proof of service has been filed. *See id.* at 4(l); *see also* Docket. Further, no attorney has entered an appearance on behalf of any Defendant in this case. Plaintiff is ordered to show cause why this case should not be dismissed without prejudice for failure to timely serve. *See* Fed. R. Civ. P. 4(m). Plaintiff must show cause on or before April 22, 2020.

Dated this 15th day of April, 2020.

David W. Christel
United States Magistrate Judge

ORDER TO SHOW CAUSE - 1