UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BUNNY LUN,

    Plaintiff,

v.

CHAD WOLF, et al.,

    Defendants.

CASE NO. 2:20-CV-40-RAJ-DWC

ORDER

On April 15, 2020, Plaintiff Bunny Lun was directed to show cause why this case should not be dismissed without prejudice due to Plaintiff's failure to timely serve. Dkt. 6. Plaintiff timely responded to the Order providing proof of service for all Defendants. Dkt. 7, 8. Therefore, the Court finds Plaintiff has shown cause why this case should not be dismissed for failure to serve Defendants.

Dated this 26th day of May, 2020.

David W. Christel
United States Magistrate Judge

ORDER - 1